## 49763. WEISE v. MARYLAND CASUALTY COMPANY et al.

WEBB, Judge.

There being sufficient competent evidence in the record to support the award of the State Board of Workmen's Compensation, the order of the Superior Court affirming the award is affirmed.

*Judgment affirmed. Pannell, P. J., and Evans, J., concur.*

SUBMITTED OCTOBER 2, 1974 — DECIDED OCTOBER 8, 1974.

*Jack Dorsey,* for appellant.
*Charles L. Drew,* for appellees.